DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS EDWARD HENDERSON, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS EDWARD HENDERSON, Jr.,<br><br>  Defendant. | No. 2:03-cr-0556 FCD<br><br>**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br>Date:  March 31, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. FRANK C. DAMRELL, Jr. |

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on March 10, 2008.  The motion was set for hearing on March 31, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

The parties agree, and the Court finds, that Mr. Henderson is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 23 to 21.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 60 months;

IT IS FURTHER ORDERED that all other terms and provisions of the

original judgment remain in effect.

    Unless otherwise ordered, Mr. Henderson shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated:   March 31, 2008

                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE

ORDER REDUCING SENTENCE