# UNITED STATES DISTRICT COURT
## for the

### EASTERN  District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| THOMAS EDWARD HENDERSON, JR., | ) | Case No:   2:03-CR-0556-01 FCD |
| | ) | USM No: **15532-097** |
| Date of Previous Judgment:  08/19/2005 | ) | David M. Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   x   the defendant  ❏  the Director of the Bureau of Prisons  ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:

❏  DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   70   months **is reduced to**   60   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 60 to 71 months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

❏  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏  Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   08/19/2005   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   03/31/2008

_____
Judge's signature

Effective Date:  _____
(if different from order date)

Hon. Frank C. Damrell Jr., Judge
Printed name and title